IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRUCE A. HAMMOCK,<br>    Plaintiff,<br>VS.<br>OFFICER ROGERS, ET AL,<br>    Defendants, | Case No. 1:17CV1939<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>**MOTION FOR ORDER TO THE<br>WARDEN OF TRUMBULL<br>CORRECTIONAL INSTITUION** |

FILED SEP 13 2018 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND

   Now comes, Bruce A. Hammock, Plaintiff, who respectfully moves this Honorable Court to issue an order to the Warden of Trumbull Correctional Institution to make available telephone access for purposes of contacting attorneys and this Honorable Court upon request in this instant action, and to make available computer access to view and electronically file documents in this instant action, so that Plaintiff can effectively litigate and be provided with the same access as counsel for Defendants to the Court.

Respectfully submitted,

Bruce A. Hammock #682-596
Trumbull Correctional Inst.
P.O. Box 901
Leavittsburg, Ohio 44430

## CERTIFICATE OF SERVICE

   I hereby certify that on September 9, 2018, a copy of the foregoing Motion for Order to the Warden of Trumbull Correctional Institution was filed by placing it in the prison mailbox at Trumbull correctional Institution. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filinf receipt. Parties can access this document throught the COurt's system.

Bruce A Hammock #682-596